[No. 29369-9-I.   Division One.   December 31, 1992.]

PAULINE F. COX, ET AL, *Respondents*, v. GENERAL
MOTORS CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88-2-02380-8, Anne L. Ellington, J., entered
December 28, 1990. *Affirmed* by unpublished per curiam
opinion.

[No. 29240-4-I.   Division One.   December 31, 1992.]

KIRK KNAPP, *Appellant*, v. PAY 'N PAK STORES, INC.;
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-04026-7, Norman W. Quinn, J., entered
September 13, 1991. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Baker and Kennedy, JJ.

[No. 28547-5-I.   Division One.   December 31, 1992.]

JOHN W. PARRY, ET AL, *Respondents*, v. LARRY HEWITT,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 90-2-02884-2, Richard J. Thorpe, J.,
and John E. Rutter, Jr., J. Pro Tem., entered November 18,
1990, and May 20, 1991. *Reversed* and *remanded with
instructions* by unpublished opinion per Agid, J., concurred
in by Webster, A.C.J., and Coleman, J. Now published at 68
Wn. App. 664.